IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACEY DANIEL**                                                                                       **PLAINTIFF**

**vs.**                                       **Case No. 4:21-cv-00269-KGB**

**ABM INDUSTRIES INCORPORATED**                                              **DEFENDANT**

## ORDER

Before the Court is defendant ABM Industries Incorporated ("ABM") unopposed motion to stay Rule 26 deadlines (Dkt. No. 22). ABM requests the Court stay the current Federal Rule of Civil Procedure 26 deadlines pending resolution of its motion to dismiss and compel arbitration (Dkt. No. 9). ABM states that plaintiff Stacey Daniel does not oppose this motion (Dkt. No. 22, ¶ 4). For good cause shown, the Court grants the motion (Dkt. No. 22). This case is removed from the June 13, 2022, trial calendar. The Court will issue a final scheduling order, if necessary, after resolution of ABM's pending motion to dismiss and compel arbitration.

It is so ordered this 31st day of August, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge