**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STACEY DANIEL**                                                                 **PLAINTIFF**

**v.**                                     **Case No. 4:21-cv-00269-KGB**

**ABM INDUSTRIES INCORPORATED**                                   **DEFENDANT**

**ORDER**

Before the Court is the parties' stipulation of dismissal (Dkt. No. 29).  The parties stipulate to the dismissal of this action with prejudice with each side bearing its own costs (*Id.*).  As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal (*Id.*).  The Court dismisses with prejudice this case.

It is so ordered this 7th day of August, 2023.

_____
Kristine G. Baker
United States District Judge